DUNKER, Respondent, v. MORROW, et al, Appellant.

(251 N. W. 809.)

(File No. 7552. Opinion filed December 19, 1933.)

*E. J. Grover,* of Minneapolis, Minn., for Appellant.

*Williamson, Smith & Williamson,* of Aberdeen, for Respondent.

PER CURIAM. Action to foreclose a lien upon real estate. The defendant pleaded payment, and asked, by way of counter-claim, judgment against the plaintiff because of alleged overpayment. The court made findings of fact in favor of the plaintiff. The defendant has appealed from the judgment and order denying his motion for a new trial.

There were two matters in dispute before the trial court, first, the account between the parties, and, second, the validity and effect of a certain agreement entered into by the parties in 1921. A careful consideration of the record convinces us that the findings made by the trial court are fully warranted by the evidence, and that the judgment and order appealed from should be affirmed.

All the Judges concur.

DELL RAPIDS INVESTMENT COMPANY, Appellant, v.
RUDEN, Superintendent of Banks, Respondent.

(251 N. W. 809.)

(File No. 7551. Opinion filed December 19, 1933.)

*Krause & Krause* and *Ervin P. Van Buren,* all of Dell Rapids, for Appellant.

*Boyce, Warren & Fairbank,* of Sioux Falls, for Respondent.

PER CURIAM. Finding no prejudicial error in the record, the judgment and order appealed from are affirmed.

All the Judges concur.